**RAILTECH BOUTET, INC., Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 03–1645.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2003.

ORDER

The parties having so agreed, it is

---

* We note that it is not the practice of this court to dismiss an appeal with or without prejudice.

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).